# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7 DIAMONDS CLOTHING CO., INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>TRENDTEX FABRICS, LTD., a Hawaii corporation<br><br>Defendant. | Case No.: 8:18-cv-02274-AG-DFM<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Andrew J. Guilford<br><br>Trial Date: Not Set |

Based on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, the Court hereby orders that the above-captioned matter is hereby dismissed, with prejudice, with each side bearing its own costs and attorneys' fees.

**IT IS SO ORDERED:**

DATED: May 22, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

- 1 -
ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE